UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN HYLTON, *PRO SE*,<br>2641 Naylor Road S.E., Apt. 203<br>Washington, D.C. 20020<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>MURIEL BOWSER,<br>1350 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br><br>DISTRICT OF COLUMBIA,<br>400 6th Street, NW<br>Washington, D.C. 20001<br><br>BRITTANY NYAMEKYE<br>1805 Bladensburg Road, NE<br>Washington, D.C. 20002<br><br>STRANEIKA PROCTOR<br>1805 Bladensburg Road, NE<br>Washington, D.C. 20002<br><br>TIERRA CAPRICE PROCTOR<br>1805 Bladensburg Road, NE<br>Washington, D.C. 20002<br><br>DONNA ULRICH<br>1805 Bladensburg Road, NE<br>Washington, D.C. 20002<br><br>　　　　*Defendants*. | Civil Action No. 1:23-cv-003654 |

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendant Muriel

Bowser (Mayor Bowser) removes the case of *Karen Hylton v. Muriel Bowser, et al.*, Case No.

2023-CAB-006316, which was filed in the Superior Court of the District of Columbia. The claims raised in the Complaint assert a federal question appropriate for resolution by this Court.

A party may remove a civil action brought in a state court if the district courts of the United States have original jurisdiction. *See* 28 U.S.C. § 1441(a). Here, Plaintiff's Complaint, filed October 13, 2023, brings claims under federal law. Specifically, Plaintiff asserts violations of federal law and appears to bring claims under 42 U.S.C. § 1983 alleging that members of the Metropolitan Police Department used excessive force and engaged in an unreasonable search in violation of her Fourth Amendment rights during her October 15, 2022 arrest. *See* Compl. at 2 ("Under 23 th [*sic*] Amendment of Civil Rights act on 10/15/203 [*sic*] I was physically and sexual violated[.]").[1] Because Plaintiff's claims arise under federal law, this Court has original jurisdiction under 28 U.S.C. § 1331. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Therefore, under 28 U.S.C. § 1441(a), Mayor Bowser may remove this action to this Court.

In addition, under 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over Plaintiff's common law assault and battery claims. *See* Information Sheet, Continued. Here, the common law claims form part of the same case or controversy as the federal claims, in that they stem from Plaintiff's October 15, 2023 arrest. Accordingly, the Court may exercise supplemental jurisdiction over Plaintiff's state law claims. *See City of Chicago v. Int'l College of Surgeons*, 522 U.S. 156, 164-65 (1997).

---

[1]  Plaintiff filed an identical complaint in *Karen Hylton v. Muriel Bowser, et al.*, Civil Action No. 1:23-cv-03054 (JMC). Defendants will move to consolidate these actions.

2

The requirements of 28 U.S.C. § 1446 are satisfied because this Notice is filed within 30 days after service of process on Mayor Bowser, which occurred on November 9, 2023. Defendants District of Columbia, Brittany Nyamekye, Straneika Proctor, Tierra Caprice Proctor, and Donna Ulrich have not been served with the summons and complaint.  Copies of all pleadings and orders served on Mayor Bowser in this matter, as well as papers filed in the Superior Court of the District of Columbia, are attached as Exhibit 1.  After this Notice is filed in the United States District Court for the District of Columbia, Defendants will file notice of this removal with the Clerk of the Court for the Superior Court of the District of Columbia and serve a copy on Plaintiff.

Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred, and where the Superior Court of the District of Columbia is located.

Accordingly, Mayor Bowser removes this action to this Court from the Superior Court of the District of Columbia, Civil Division.

Date:  December 7, 2023                    Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Andrew B. Latham*
KATRINA SEEMAN [1671729]
ANDREW B. LATHAM [90000707]
Assistant Attorneys General
Civil Litigation Division

        400 6th Street NW
        Washington, D.C. 20001
        Phone:  (202) 724-6607; (202) 442-9795
        Fax:  (202) 724-5917; (202) 741-0574
        Email:  katrina.seeman@dc.gov;
        andrew.latham@dc.gov
        *Counsel for Defendant Muriel Bowser*

## CERTIFICATE OF SERVICE

On December 7, 2023, I sent a copy of this Notice of Removal to Plaintiff via email. I also asked a paralegal from my office to serve a hard copy by first class mail, postage prepaid, to:

Karen Hylton
2641 Naylor Road S.E.
Apt. 203
Washington, D.C. 20020
*tallskyys@gmail.com*
*Plaintiff pro se*

        */s/ Andrew B. Latham*
        ANDREW B. LATHAM
        Assistant Attorney General