Civil Actions

# Case Summary

### Case No. 2023-CAB-006316

| | | | |
|---|---|---|---|
| **Karen Hylton v. Mayor Bowser** | § | Location: | **Civil Actions** |
| | § | Judicial Officer: | **Williams, Yvonne** |
| | § | Filed on: | **10/13/2023** |

---

## Case Information

| | |
|---|---|
| Case Type: | Tort |
| Subtype: | Assault/Battery |
| Case Status: | **10/13/2023   Open** |

---

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2023-CAB-006316 |
| Court | Civil Actions |
| Date Assigned | 10/13/2023 |
| Judicial Officer | Williams, Yvonne |

---

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Hylton, Karen**<br>2641 Naylor RD Southeast<br>APT 203<br>Washington, DC 20020 | **Pro Se**<br>240-313-8803(H)<br>2641 Naylor RD Southeast<br>APT 203<br>Washington, DC 20020 |
| **Defendant** | **Mayor Bowser**<br>1350 Pennsylvania AVE Northwest<br>Washington, DC 20004 | |

---

## Events and Orders of the Court

| | |
|---|---|
| 10/13/2023 | Complaint Filed<br>    Docketed on:   10/13/2023<br>    Filed by:   Plaintiff Hylton, Karen |
| 10/13/2023 | Appl. to Proceed w/o Prepayment of Cost Filed<br>    Docketed On:   10/13/2023<br>    Filed By:   Plaintiff Hylton, Karen |
| 10/13/2023 | Appl. to Proceed w/o Prepayment of Cost Granted by Clerk |
| 10/13/2023 | Initial Order [Remote]     (Judicial Officer: Williams, Yvonne) |
| 10/20/2023 | Complaint,Summons,and I.O. with Ack Form mailed to Deft(s)<br>    Party:   Defendant Mayor Bowser |
| 11/09/2023 | Affidavit/Declaration of Service of Summons and Complaint<br>    Docketed On:   11/09/2023<br>    Filed By:   Plaintiff Hylton, Karen<br>    Served On:   Defendant Mayor Bowser |

DEFENDANT'S
EXHIBIT

**1**

**Civil Actions**

## Case Summary

### Case No. 2023-CAB-006316

01/12/2024   **Remote Initial Scheduling Conference**   (9:30 AM)   (Judicial Officer: Williams, Yvonne)

---

## Financial Information

**Plaintiff**   Hylton, Karen

| | |
|---|---|
| Total Financial Assessment | 120.00 |
| Total Payments and Credits | 120.00 |
| **Balance Due as of 12/06/2023** | **0.00** |



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**2 0 2 3    6 3 1 6**

FILED
CIVIL DIVISION
OCT 13 2023
Superior Court of the
District of Columbia

Case No. _____

**COMPLAINT**

Jurisdiction of this Court is founded on D.C. Code § 11-921.

KAREN Hylton
PLAINTIFF

vs

Mayor Bowser / Metropolitan
Police Dep
DEFENDANT

2 2641 NAylor RD SE #203
Address (No Post Office Boxes)

1350 Pennsylvania Ave N.W
Address (No Post Office Boxes)

Washin D.C 20020
City      State      Zip Code

Washin D.C 20004 / 20002
City      State      Zip Code

240-313-8803
Telephone Number

_____
Telephone Number

tallSkyystepndan
Email Address (optional)

_____
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

SEE Attached

2. What relief are you requesting from the Court? Include any request for money damages.

SEE Attached

Form CA-3074 [Rev. Nov. 2017]                    1                    Super. Ct. Civ. R. 3

3.   State any other information, of which the Court should be aware:

_SEE Attached_

_____

_____

_____

_____

_____

_____

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_DaRon Hylton_
**SIGNATURE**

_13-10-23_
**DATE**

Subscribed and sworn to before me this _____ 13 _____ day of _October_ 20 _23_.

_____
(Notary Public/Deputy Clerk)

2

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Karen Hylton_ _____ Plaintiff

vs.

**2023  6316**

_Mayor Bowser / Metropolitan Police Dept_
_/ 5th District_ Defendant

Case Number _____

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Karen Hylt_ _____
Name of Plaintiff's Attorney

_2641 Naylor RD SE #203_
Address

_WDC, DC 20020_

_240-383-8903_
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _10/23/23_

如需翻译，请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요   የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH
INFORMATION SHEET    2023    6316

_Daren Hylton_

Plaintiff(s)

vs

_Mayu Busser / Police Dept_

Defendant(s)

Case Number: _____

Date: _10 - 13 - 2022_

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* _DAREN Hylton_ | **Relationship to Lawsuit** |
| Firm Name: _DAREN_ | ☐ Attorney for Plaintiff |
| Telephone No.: _240-313-8603_    DC Bar No.: | ☐ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury    ☑ 6 Person Jury    ☐ 12 Person Jury

Demand: $ _200,000,000_    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____    Judge: _____    Calendar #: _____

Case No.: _____    Judge: _____    Calendar #: _____

---

**NATURE OF SUIT:** *(Check One Box Only)*

**CONTRACT**
- ☐ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

---

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement

- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader

- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ **FRIENDLY SUIT**
- ☐ **HOUSING CODE REGULATIONS**
- ☐ **QUI TAM**
- ☐ **STRUCTURED SETTLEMENTS**

---

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☐ Medical – Other
- ☐ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

---

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [x] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**

- [ ] **REQUEST FOR FOREIGN JUDGMENT**

Filer/Attorney's Signature

13-10-23

Date

CV-496/February 2023

Oct,12,2023
Karen Hylton
2461 Naylor SE #203
Washington,DC 20020


VS

 Mayor Muriel Bowser
1350 Pennsylvania Ave. N.W
Washington,D.C.20004

District of Columbia, 5th District  Metropolitan Police Department
1805 Bladensburg  RD Washington,DC 20002

Brittany Nyamekye (Badge # 3713)

Straneika Proctor (5770)

Tierra Caprice Proctor (2731)

Donna Ulrich (5619)


Complaint


My baby Karon Hylton was chased and murder by the Metropolitan police officer Sutton
and several of his co-workers.  He is currently resting at Lincoln Memorial
cemetery located in Suitland MD. Since this resting as occurred I visit him
every Saturday, that I can, usually at night, light my candles, and take his spirit home.
Saturday Oct 15 2022. I was going to visit my baby.  I was In the Northeast area of
Benning Rd and needed candles for my baby, I decided to go  the dollar store which is
located on Benning Rd for the Minnesota Ave store was permanently closed. I
entered the store carrying my pocketbook as I do with any store I that entered while I
am carrying my pocketbook. I walked thru the isle looking for the candles located 4
specify candles for these candles have the blessing of a baby. Located my candles,
selected 3 candles walked around picked up a 4 pack of soda, proceeded to the
checkout line stood in line waiting on the cashier purchased my 3 candles and a 4 pack
of soda. Proceeded to leave the store as I was leaving the store the security officers
while blocking the store doors by standing in front of the doors said to me" I HAVE TO
CHECK YOUR BAGS" I said "what" she repeated herself and said I have to check your
bags when you came into the store your bag was small now its big. I said to her you or
no one in this store is going to check my  pocketbook  she again  stated  I am check
your bag I said again you and no one in this store is going to check my pocketbook'  if



any nobody going to check my pocketbook yall going to have to call the police" we continue to argue back and forth while the security guard stood in front of t g e doors blocking me from leaving the store. As we argued back and forth I paced the floors back and forth. During the argument she proceeded to walk away from the front of the door I proceeded to walk thru the doors the security of ran back grad my left arm with her hand using her other hand stared to hit me at this point with my pocketbook book and my recently purchased items in another bag i started to tell her I didn't steal anything out this store and I wasn't trying to fight her she continued to hit me and I basically all owed her to hit me returning several hits in order to have her stop hitting me. We were fighting on the outside of the store several employees and customers gathered outside of the store and broke the fight up grabbing her. I walked backed into the store at this point the customer and employees were talking pictures and witnesses this security guard physically assaulted me. As I walked in the store totally embarrassed I drop my pocketbook and my items that I purchased at the inside of the store door saw the flesh wounds on my arm bleeding and the pounding of the hits to my head I said 'you got yours in Iam return it" I immediately turn around exited the store door the security guards heard what I said and understood what I said as soon I exited the store she started swing her hand and I completed started to return the hits she had previously giving me stated with several hits to her face . As she was also throwing hits as well while her face bleed. The wounds on my arms caused by her also bleed. Again, the employees and customers that were outside the store broke up the fight for a second time. At this time the police started to arrive I walked back in the store picked up my pocketbook and my items that I purchased. When the officers entered the store, I gave them my pocketbook to search. They searched my pocketbook as I said I didn't steal anything. They also checked the store cameras again they weren't a footage of me stealing anything. The security guard also told them that she grad me as i exited the sore result in us physically fighting. They continue to speak with the security guard then came and said she said I said I was going to return it not mention the hits she previously gave me. They place me in handcuffs we walked outside at this point they had called they supervisor whom immediately recognized me from a previous incident where I was assaulted by a guy and his girlfriend were she and other officers knew I was the mother of Karon Hylton and tried to arrest me when witness had told them the guy and his girlfriend assaulted me. She claims she had to review the camera as of date these individuals have not been arrested. She informed them she knew of me and to arrested me. The officers asked the security guard if they want to press charges and if she needed medical attention and call the ambulance for her. At that point I demanded the arresting officer to call the ambulance for me and I also want to charge her for assaulted. The officer exam the puncher flesh wounds on my arm as they were bleeding and burning. He took pictures for he has body camera also. As I said I demanded they call medical attention for me. They transport he to Howard Hospital where I had went looking for my baby the night he was murder by the Washington DC police officers. I totally became vougly tell them this is where I came the night looking for my baby. I am going to visit my baby the accused me of stealing fight me then after refusing me medical attention bring me back to the same hospital where I went looking for my baby. I cussed them all tell them don't touch me. They tried to examine my wounds I replied "if they can't bring my baby back to life they is nothing they can do for me". After refusing

the doctor to touch me the officer place me in a room still hand cuff I demanded they call Bowers, Contee, Graves, cause we all going to our grave. Three officers approached me trying to put they hands on me I walked out the hospital in cuff without there assistant. All the while them saying Contee will be at 5 district again lying. As I was transported to 5 district upon my arrival an female officer grad my arm placing her hand in my open wound. I informed her she was placing her hand in my wounds and it was hurting she continued bit perching her fingernail though the purple gloves she was wearing. The pain grew intensity I spearmint she removes her fingernail but kept her hands on my wound. As we approached the jail itself and enter thru the doors she asked the other officers have I been searched they stated to her I am coming from the hospital
yes, I was already searched.  At this point 4-5 tall over 6" surround me one of the grabbing my right arm and shoulder. The officer on my left side stated for me to face the wall as i tried to see whom was behind me the officer on my kept side slammed my face again st the wall resulting in a scratch and a bump while bending and twisting my lower arm. At this point another officer is going up my legs with her hand stop at my virginal area as I stared to scream ' that's what yall doing if yall going to play with my pussy do it correctly " I started to use my hand while in handcuffs to pull my pants down will both officers still grabbing me. The officers that had place her fingers in my vaginal area grab my jeans as not sure at this point she taking or just looking down by pants. They were furious grab me and basically dispose of me physically throwing me in the jail cell as if I was paper. While in the cell I gathered my thoughts stated kicking the doors asking for a supervisor for what seems like hours. After a while another officer can I explained what had happened he stated he was aware of these officers and their antics and he would call his supervisor. His supervisor came and spoke with me I explained what had happened. He took pictures of the wounds on my upper arm as well as the officer fingernail scratches amongst the security guards which was smaller. He call an sexual assaulted advocate to speak with me and she took my statement of the incident also pictures of my wounds. After several hours I was released early Sunday morning.  When I returned home I removed my clothing and the officers five finger prints are on my upper arm along with bruises on my lower arm. The officers whom was on my right side her palm print is on my shoulders along with her hand print on my arm.  I took pictures of my bruises as well as the discharged in my undergarment from the officer placing her fingers in the area of my virginal. I returned to the 5th district police station layer Sunday evening as I was explained to the officer whom was at the room desk, one of the officers that was involved in the assaulted was also sitting behind the desk with much laughter. She came out in the waiting area where I was standing walking past me I told the officers she was involved in the incident he basically when gone to tell me there was any record of my arrest nor any record of the sexual assaulted nor the advocate that I spoke with.  I again demanded he call a supervisor. When speaking with the supervisor I explained what had happen and also demanded that he takes pictures of my body with the bruised which he did and I have also seemed. For future court submissions. The over excessive use of brutally and force by these officer's security guards or Metropolitan police officers were not warrant nor is this behavior total rated by innocent humans. I have a right to participate in everyday activities as a human without being accused of a crime in which i stated from

the being I was innocent of. Because of another human authority or statics of employment that doesn't give permission of any form to abuse your authority or another human and justify as if your civil duties allows any form of abuse in order to complete your job description or to become a member  an active member of society. To use excessive force while an individual pose no harm goes against my civil right and violates my civil rights as an human by at the hands of the Metropolitan police dept. The Metropolitan police dept has a history of using excessive force usually resulting in death as we have seen with my baby Karon Hylton and other people of color. The rapid murder and assaulted rate have had its total in the black community were officers constantly are using their authority to victimize resident especially while being detain. Tactics such as pat and frisk allow officers to believe they can randomly choose whom they want to search and to what extent. Washington DC police brutally in the black community is encouraged rather that discourage especially by Mayor Muriel Bowser. Being falsely accused of stealing, unwanted and undeserved excessive physically and sexual abuse by the Metropolitan police dept is justice for whom. A society that kills humans of  colors that beautifies the world  then in retrospect turns around and discrimination against their own humans that share the same skin color only to say that religion is a factor . Has no love in their heart for mankind.  Again, The excessive physical abuse often leads to death for this is not a conversation that I overheard. This excess physical and sexual abuse and false accusation, moreover death caused at the hands and guns

of the metropolitan is an event that I  have lived and is a daily occurrence for People of Color.  Under the  23 th Amendment of Civil Rights act on 10/15/203 I was physically and sexual violated The District of Columbia is liable and should be held accountable along with the defendants named in this suit,iBrittany Nyamekye (Badge # 3713)
Straneika Proctor (5770)
Tierra Caprice Proctor (2731)
Donna Ulrich (5619)
I am asking for the termination of their jobs, Training for future officers , the clarification of search once officer are knowledge and ; have knowledge of proper etiquette of sensitive areas on the human body,   for the acts and omission above, including their Police Department , security guards, officials etc and this claim is being bought in the amount of 200,000,000. This case was bought to trial and as I stated I was falsely arrest for assaulting anyone,

Sincerely
karen Hylton



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2023-CAB-006316

**Case Caption:** Karen Hylton v. Mayor Bowser

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 01/12/2024 | 9:30 AM | Remote Courtroom 212 |

**Please see attached instructions for remote participation.**

Your case is assigned to Associate Judge Yvonne Williams.

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1)  This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2)  Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3)  Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4)  At the time stated below, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5)  If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6)  Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1)  Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

    Link: dccourts.webex.com/meet/ctb212

    Meeting ID: 129 440 9070

2)  When you are ready, click "Join Meeting".
3)  You will be placed in the lobby until the courtroom clerk gives you access to the hearing.


**Or to Join by Phone:**

1)  Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2)  Enter the Webex Meeting ID listed above followed by "##"


**Resources and Contact Information:**

1)  For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2)  For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3)  For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩትን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
****



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**



**Remote Site - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, S
Washington, DC 20003

**Remote Site - 2**
Balance and Restorative Jus
Center
1110 V Street, SE
Washington, DC 20020

**Remote Site - 3**
Balance and Restorative Jus
Center
118 Q Street, NE
Washington, DC 20002

**Remote Site - 4**
Balance and Restorative Justice Center
hode Island Avenue, NE
ington, DC 20018

**Remote Site - 5**
es Center
14th Street, NW, 2nd Floor
munity Room
ington, DC 20009

**Remote Site - 6**
es Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*** *No walk-ins at this location****

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov



# Consejos para usar los sitios de audiencia remota de los Tribunales de DC



Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de l**unes a viernes, de 8:30 am a 4:00 pm**.

### Los centros de acceso remoto son:



| | |
|---|---|
| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto. Si** necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Karen Hylton
_____
*Plaintiff(s)*

v.                                                    Case No: 2023cab006316 _____

Mayor Bowser
_____
*Defendant(s)*

### NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
Mayor Bowser
_____
1350 Pennsylvania Ave NW
_____
Washington, DC 20004
_____
_____

The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 10/20/2023 _____.

*Vernetta Himbry*                                    *10/20/2023*
_____               _____
*Signature*                                              *Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS,
### COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____          _____          _____
*Signature*                              *Relationship to Defendant/Authority*          *Date of Signature*
                                          *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828           የትርጉም እርዳታ ከፈለጉ በ (202) 879-4828 ይደውሉ          번역을 원하시면, (202) 879-4828 로 전화주십시오



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2023-CAB-006316

**Case Caption:** Karen Hylton v. Mayor Bowser

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 01/12/2024 | 9:30 AM | Remote Courtroom 212 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Yvonne Williams. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated below, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1)  Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

    Link: dccourts.webex.com/meet/ctb212

    Meeting ID: 129 440 9070

2)  When you are ready, click "Join Meeting".
3)  You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1)  Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2)  Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1)  For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2)  For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3)  For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.


**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.


**Servicios de interpretación y traducción**:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.


**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩውን የጽሕፈ ቢሮ (ክለርክ'ስ አፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  📞 Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record  is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
## (Click here for more information)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**

| **Remote Site - 1** |
| :---: |
| Balance and Restorative Justice Center |
| 1215 South Capitol Street, S |
| Washington, DC 20003 |

| **Remote Site - 2** |
| :---: |
| Balance and Restorative Jus |
| Center |
| 1110 V Street, SE |
| Washington, DC 20020 |

| **Remote Site - 3** |
| :---: |
| Balance and Restorative Jus |
| Center |
| 118 Q Street, NE |
| Washington, DC 20002 |




| **Remote Site - 4** |
| :---: |
| Balance and Restorative Justice Center |
| hode Island Avenue, NE |
| ngton, DC 20018 |

| **Remote Site - 5** |
| :---: |
| es Center |
| 14th Street, NW, 2nd Floor |
| nunity Room |
| ington, DC 20009 |

| **Remote Site - 6** |
| :---: |
| es Center |
| 2000 14th Street, NW, Suite 300N |
| Office of the Tenant Advocate |
| Washington, DC 20009 |
| *** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov




Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

### Los centros de acceso remoto son:



| | |
|---|---|
| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto. Si** necesita adaptaciones especiales, como un intérprete para la audiencia, llame al **202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

2 0 2 3   6 3 1 6

FILED
CIVIL DIVISION

OCT 13 2023

Superior Court of the
District of Columbia

Case No. _____

**COMPLAINT**

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Karen Hylton
PLAINTIFF

vs

Mayor Bowser / Metropolitan Police Dep
DEFENDANT

2 2641 Naylor Rd SE #203
Address (No Post Office Boxes)

1350 Pennsylvania Ave NW 5th Flo
Address (No Post Office Boxes)

Washington D.C 20020
City         State      Zip Code

Washington D.C 20004 / 20002
City         State      Zip Code

240-313-8803
Telephone Number

_____
Telephone Number

teel18kyystcpndrw
Email Address (optional)

_____
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

_See Attached_

2. What relief are you requesting from the Court? Include any request for money damages.

_See Attached_

Form CA-3074 [Rev. Nov. 2017]                    1                    Super. Ct. Civ. R. 3

3.  State any other information, of which the Court should be aware:

_[signature]_

### SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_[signature]_
**SIGNATURE**

13-10-23
**DATE**

Subscribed and sworn to before me this _____13_____ day of _October_ 20_23_.

_____
(Notary Public/Deputy Clerk)

2

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Karen Hylton_ _____
                                        Plaintiff

vs.                                                      **2023  6316**

                                                        Case Number _____

_Mayor Bowser / Metropolitan Police Dept_ _____
                                        Defendant
_/ 5th District_

## SUMMONS

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Karen Hylton_ _____
Name of Plaintiff's Attorney

_2641 Naylor Rd SE #203_
Address

_Wash, C  DC 20020_

_240-  313-  8803_
Telephone

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요          ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

_Clerk of the Court_ R

By _____
                        Deputy Clerk

Date _____

     IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

     If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

_See reverse side for Spanish translation_
_Vea al dorso la traducción al español_

CV-3110 [Rev. June 2017]                                                                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH
INFORMATION SHEET   2023   6316

_Daren Hylton_
Plaintiff(s)

vs

_Mayor Busser / Metropolitan Police Dept_
Defendant(s)

Case Number: _____

Date: _10 - 13 - 2022_

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* _Daren Hylton_ | Relationship to Lawsuit |
| Firm Name: _Daren_ | ☐ Attorney for Plaintiff |
| Telephone No.: _240-313-8603_   DC Bar No.: | ☐ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury     ☑ 6 Person Jury          ☐ 12 Person Jury
Demand: $ _200. 000. 000_          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar #:_____

---

NATURE OF SUIT:     *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [x] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

Filer/Attorney's Signature

13-10-23

Date

CV-496/February 2023

Oct,12,2023
Karen Hylton
2461 Naylor SE #203
Washington,DC 20020


VS

Mayor Muriel Bowser
1350 Pennsylvania Ave. N.W
Washington,D.C.20004

District of Columbia, 5th District  Metropolitan Police Department
1805 Bladensburg  RD Washington,DC 20002

Brittany Nyamekye (Badge # 3713)

Straneika Proctor (5770)

Tierra Caprice Proctor (2731)

Donna Ulrich (5619)


Complaint


My baby Karon Hylton was chased and murder by the Metropolitan police officer Sutton
and several of his co-workers.  He is currently resting at Lincoln Memorial
cemetery located in Suitland MD. Since this resting as occurred I visit him
every Saturday, that I can, usually at night, light my candles, and take his spirit home.
Saturday Oct 15 2022. I was going to visit my baby.  I was In the Northeast area of
Benning Rd and needed candles for my baby, I decided to go  the dollar store which is
located on Benning Rd for the Minnesota Ave store was permanently closed. I
entered the store carrying my pocketbook as I do with any store I that entered while I
am carrying my pocketbook. I walked thru the isle looking for the candles located 4
specify candles for these candles have the blessing of a baby. Located my candles,
selected 3 candles walked around picked up a 4 pack of soda, proceeded to the
checkout line stood in line waiting on the cashier purchased my 3 candles and a 4 pack
of soda. Proceeded to leave the store as I was leaving the store the security officers
while blocking the store doors by standing in front of the doors said to me" I HAVE TO
CHECK YOUR BAGS" I said "what" she repeated herself and said I have to check your
bags when you came into the store your bag was small now its big. I said to her you or
no one in this store is going to check my  pocketbook she again  stated  I am check
your bag I said again you and no one in this store is going to check my pocketbook' if

any nobody going to check my pocketbook yall going to have to call the police" we continue to argue back and forth while the security guard stood in front of t g e doors blocking me from leaving the store. As we argued back and forth I paced the floors back and forth. During the argument she proceeded to walk away from the front of the door I proceeded to walk thru the doors the security of ran back grad my left arm with her hand using her other hand stared to hit me at this point with my pocketbook book and my recently purchased items in another bag i started to tell her I didn't steal anything out this store and I wasn't trying to fight her she continued to hit me and I basically all owed her to hit me returning several hits in order to have her stop hitting me. We were fighting on the outside of the store several employees and customers gathered outside of the store and broke the fight up grabbing her. I walked backed into the store at this point the customer and employees were talking pictures and witnesses this security guard physically assaulted me. As I walked in the store totally embarrassed I drop my pocketbook and my items that I purchased at the inside of the store door saw the flesh wounds on my arm bleeding and the pounding of the hits to my head I said 'you got yours in Iam return it" I immediately turn around exited the store door the security guards heard what I said and understood what I said as soon I exited the store she started swing her hand and I completed started to return the hits she had previously giving me stated with several hits to her face . As she was also throwing hits as well while her face bleed. The wounds on my arms caused by her also bleed. Again, the employees and customers that were outside the store broke up the fight for a second time. At this time the police started to arrive I walked back in the store picked up my pocketbook and my items that I purchased. When the officers entered the store, I gave them my pocketbook to search. They searched my pocketbook as I said I didn't steal anything. They also checked the store cameras again they weren't a footage of me stealing anything. The security guard also told them that she grad me as i exited the sore result in us physically fighting. They continue to speak with the security guard then came and said she said I said I was going to return it not mention the hits she previously gave me. They place me in handcuffs we walked outside at this point they had called they supervisor whom immediately recognized me from a previous incident where I was assaulted by a guy and his girlfriend were she and other officers knew I was the mother of Karon Hylton and tried to arrest me when witness had told them the guy and his girlfriend assaulted me. She claims she had to review the camera as of date these individuals have not been arrested. She informed them she knew of me and to arrested me. The officers asked the security guard if she want to press charges and if she needed medical attention and call the ambulance for her. At that point I demanded the arresting officer to call the ambulance for me and I also want to charge her for assaulted. The officer exam the puncher flesh wounds on my arm as they were bleeding and burning. He took pictures for he has body camera also. As I said I demanded they call medical attention for me. They transport he to Howard Hospital where I had went looking for my baby the night he was murder by the Washington DC police officers. I totally became vougly tell them this is where I came the night looking for my baby. I am going to visit my baby the accused me of stealing fight me then after refusing me medical attention bring me back to the same hospital where I went looking for my baby. I cussed them all tell them don't touch me. They tried to examine my wounds I replied "if they can't bring my baby back to life they is nothing they can do for me". After refusing

the doctor to touch me the officer place me in a room still hand cuff I demanded they call Bowers, Contee, Graves, cause we all going to our grave. Three officers approached me trying to put they hands on me I walked out the hospital in cuff without there assistant. All the while them saying Contee will be at 5 district again lying. As I was transported to 5 district upon my arrival female officer grad my arm placing her hand in my open wound. I informed her she was placing her hand in my wounds and it was hurting she continued bit perching her fingernail though the purple gloves she was wearing. The pain grew intensity I spearmint she removes her fingernail but kept her hands on my wound. As we approached the jail itself and enter thru the doors she asked the other officers have I been searched they stated to her I am coming from the hospital

yes, I was already searched.  At this point 4-5 tall over 6" surround me one of the grabbing my right arm and shoulder. The officer on my left side stated for me to face the wall as i tried to see whom was behind me the officer on my kept side slammed my face again st the wall resulting in a scratch and a bump while bending and twisting my lower arm. At this point another officer is going up my legs with her hand stop at my virginal area as I stared to scream ' that's what yall doing if yall going to play with my pussy do it correctly " I started to use my hand while in handcuffs to pull my pants down will both officers still grabbing me. The officers that had place her fingers in my vaginal area grab my jeans as not sure at this point she taking or just looking down by pants. They were furious grab me and basically dispose of me physically throwing me in the jail cell as if I was paper.  While in the cell I gathered my thoughts stated kicking the doors asking for a supervisor for what seems like hours. After a while another officer can I explained what had happened he stated he was aware of these officers and their antics and he would call his supervisor. His supervisor came and spoke with me I explained what had happened. He took pictures of the wounds on my upper arm as well as the officer fingernail scratches amongst the security guards which was smaller. He call an sexual assaulted advocate to speak with me and she took my statement of the incident also pictures of my wounds. After several hours I was released early Sunday morning.  When I returned home I removed my clothing and the officers five finger prints are on my upper arm along with bruises on my lower arm. The officers whom was on my right side her palm print is on my shoulders along with her hand print on my arm. I took pictures of my bruises as well as the discharged in my undergarment from the officer placing her fingers in the area of my virginal. I returned to the 5th district police station layer Sunday evening as I was explained to the officer whom was at the room desk, one of the officers that was involved in the assaulted was also sitting behind the desk with much laughter. She came out in the waiting area where I was standing walking past me I told the officers she was involved in the incident he basically when gone to tell me there was any record of my arrest nor any record of the sexual assaulted nor the advocate that I spoke with.  I again demanded he call a supervisor. When speaking with the supervisor I explained what had happen and also demanded that he takes pictures of my body with the bruised which he did and I have also seemed. For future court submissions. The over excessive use of brutally and force by these officer's security guards or Metropolitan police officers were not warrant nor is this behavior total rated by innocent humans. I have a right to participate in everyday activities as a human without being accused of a crime in which i stated from

the being I was innocent of. Because of another human authority or statics of employment that doesn't give permission of any form to abuse your authority or another human and justify as if your civil duties allows any form of abuse in order to complete your job description or to become a member  an active member of society. To use excessive force while an individual pose no harm goes against my civil right and violates my civil rights as an human by at the hands of the Metropolitan police dept. The Metropolitan police dept has a history of using excessive force usually resulting in death as we have seen with my baby Karon Hylton and other people of color. The rapid murder and assaulted rate have had its total in the black community were officers constantly are using their authority to victimize resident especially while being detain. Tactics such as pat and frisk allow officers to believe they can randomly choose whom they want to search and to what extent. Washington DC police brutally in the black community is encouraged rather that discourage especially by Mayor Muriel Bowser. Being falsely accused of stealing, unwanted and undeserved excessive physically and sexual abuse by the Metropolitan police dept is justice for whom. A society that kills humans of  colors that beautifies the world  then in retrospect turns around and discrimination against their own humans that share the same skin color only to say that religion is a factor . Has no love in their heart for mankind.  Again, The excessive physical abuse often leads to death for this is not a conversation that I overheard. This excess physical and sexual abuse and false accusation, moreover death caused at the hands and guns
of the metropolitan is an event that I  have lived and is a daily occurrence for People of Color.  Under the  23 th Amendment of Civil Rights act on 10/15/203 I was physically and sexual violated The District of Columbia is liable and should be held accountable along with the defendants named in this suit,iBrittany Nyamekye (Badge # 3713)
Straneika Proctor (5770)
Tierra Caprice Proctor (2731)
Donna Ulrich (5619)
I am asking for the termination of their jobs, Training for future officers , the clarification of search once officer are knowledge and ; have knowledge of proper etiquette of sensitive areas on the human body,   for the acts and omission above, including their Police Department , security guards, officials etc and this claim is being bought in the amount of 200,000,000. This case was bought to trial and as I stated I was falsely arrest for assaulting anyone,

Sincerely
karen Hylton



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| ☐ Civil Actions Branch | ☐ Landlord & Tenant Branch | ☐ Small Claims & Conciliation Branch |
|---|---|---|
| 500 Indiana Ave., N.W. | 510 4ᵗʰ Street, N.W. | 510 4ᵗʰ Street, N.W. |
| Room 5000 | Room 110 | Room 119 |
| Washington, D.C. 20001 | Washington, D.C. 20001 | Washington, D.C. 20001 |
| Telephone: (202) 879-1133 | Telephone: (202) 879-4879 | Telephone: (202) 879-1120 |

_____
Plaintiff

v.                                          CASE NUMBER: _____

_____
Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____        _____
Signature                                               Date

_____        _____
Printed Name and Bar Number (if applicable)          Street Address

_____        _____
Email Address and Phone Number                       City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____        _____
Name                                                    Name

_____        _____
Street Address                                          Street Address

_____        _____
City, State, Zip                                        City, State, Zip

_____        _____
Email Address and Phone Number                       Email Address and Phone Number

Form CV(6)-451/Jan. 2020                Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

FILED
CIVIL DIVISION

NOV 0 6 2023

Superior Court of the
District of Columbia

Civil Action No. _2023-CA15-006316_

_Karen Hylton_ vs _Mayor Bowser_
Plaintiff                Defendant

### AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Karen Hylton_ under oath do hereby state the following:

That my age and date of birth are as follows: _____

That the residential or business address is: _2641 Naylor Rd #B_

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above named defendant _Mayor Bowser_ by registered/certified mail.

That the return receipt attached hereto was signed by _N A_, the defendant herein or _____ a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt shows the date of delivery as the _30_ day of _Oct_, 20_23_.

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

**SPECIFIC FACTS:**

_Hylton_
Signature

**Subscribed and sworn before me this** _9Th_ **day of** _November_ 20_23_

_A. Taylor_
Notary/Deputy Clerk

**NOTE:  A separate Affidavit of Service is required for each named Defendant**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MAYOR BOWSER
1350 PENNSYLVania AVE N.W
Washington, DC
20004

9590 9402 7787 2152 4358 45

2. Article Number *(Transfer from service label)*

7020 3160 0001 6727 5438

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

CAPITAL DISTRICT 203

30 OCT 2023PM 3 L

9590 9402 7787 2152 4358 45

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**



- Sender: Please print your name, address, and ZIP+4® in this box•

Karen Hylton
2641 Naylor RD SE #203
Washington, DC
20020